IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEMARCO WREN,**

**Plaintiff,**

**v.**

**CASINO QUEEN, INC., a corporation,**

**Defendant.**                                                                 **No. 09-265-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiff Demarco Wren's Motion for Stay of Proceedings Pursuant to the Soldiers' and Sailors' Civil Relief Act (Doc. 17).[1] Plaintiff is an active duty member of the United States Army and requests that this matter be stayed while he serves a year tour of duty in Iraq which starts November 22, 2009.[2] Plaintiff states that he will be able to resume the prosecution of this matter when he returns from his tour of duty on November 22, 2010. The Defendants have no objection to the motion. Based on the reasons in the motion, the Court **GRANTS** Plaintiff's motion for stay of proceedings (Doc. 17). The Court **STAYS** this matter in its entirety until **November 22, 2010.** If the Plaintiff has not

---

[1] The Court notes that the proper title of the Act to which Plaintiff refers is the **Servicemembers Civil Relief Act 50 U.S.C. App. § 501 et seq**.

[2] The Court notes that Plaintiff has not provided the Court with a letter from his "commanding officer stating that the servicemember's current military duty prevents appearance and that military leave is not authorized for the servicemember." **50 U.S.C. App. § 522(b)(2)(B)**. Plaintiff states in his motion that he has not provided the letter as his commanding officer is on deployment-related travel but that he will supplement his motion once he receives the letter.

completed his tour of duty by November 22, 2010, Plaintiff may renew his motion and request an additional stay of the proceedings. The Court further **ORDERS** Plaintiff to file a letter from his commanding officer pursuant to **50 U.S.C. App. § 522(b)(2)(B)** once his commanding officer returns from deployment related travel as stated in Plaintiff's motion.

**IT IS SO ORDERED.**

Signed this 2nd day of November, 2009.

/s/  David R Herndon
**Chief Judge**
**United States District Court**