## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEMARCO WREN,**

**Plaintiff,**

**v.**

**CASINO QUEEN, INC., a corporation,**

**Defendant.**                                             **No. 09-265-DRH**


**ORDER**


**HERNDON, Chief Judge:**


       This matter is before the Court for case management purposes.  On November 2, 2009, the Court stayed this matter because Plaintiff had been deployed for a year tour of duty in Iraq.  However, in light of the United States's change in mission in Iraq starting September 1, 2010 and in light of the last combat brigade having exited Iraq two weeks prior thereto and Plaintiff having now had adequate time to be transported to the United States if he was part of said brigade or similar brigade, the Court **ORDERS** Plaintiff to provide a status report on his tour of duty and whether a continuing stay on the case is necessary.  Specifically, Plaintiff is **ORDERED** to provide the Court with his status, whether he is currently in the United States or whether he is part of the troops that remain in Iraq for training purposes

as opposed to combat purposes.  Plaintiff will have up to and including **September 15, 2010** in which to file his status report.

**IT IS SO ORDERED.**

Signed this 1st day of September, 2010.

/s/      David R Herndon

**Chief Judge**
**United States District Court**