IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEMARCO WREN,**

**Plaintiff,**

**v.**

**CASINO QUEEN, INC., a corporation,**

**Defendant.**                                                            No. 09-265-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management purposes. On September 1, 2010, the Court filed an Order for Plaintiff to file a status report on his whereabouts in light of the United States's change of mission in Iraq. The Court had originally stayed the case due to Plaintiff's combat assignment in Iraq. Plaintiff has since filed a Status Report (Doc. 22) stating that notwithstanding the change in mission in Iraq, Plaintiff is still on active military duty in that region, with his tour of duty to end in mid-November 2010. Plaintiff does note that he has received further orders to a station in Germany after his tour of duty in Iraq ends. Accordingly, the Court will **CONTINUE** the **STAY** in this proceeding until the original date set out by the Court, **November 22, 2010.** If Plaintiff believes that a continued **STAY** on the case is needed pursuant to the **Servicemembers Civil Relief Act, 50 U.S.C. § 501 *et seq*.** while Plaintiff remains on duty in Germany, then Plaintiff will

need to seek that relief once his orders are finalized.

**IT IS SO ORDERED.**

Signed this 21st day of September, 2010.

/s/     DavidRHerndon

**Chief Judge  
United States District Court**