IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEMARCO WREN,**

**Plaintiff,**

v.

**CASINO QUEEN, INC., a corporation,**

**Defendant.**                                              **No. 09-265-DRH**

### ORDER

**HERNDON, Chief Judge:**

       This matter is before the Court for case management purposes. This case was initially stayed until November 22, 2010 as Plaintiff was on combat assignment in Iraq (Docs. 18 & 23). The November 22, 2010 deadline has now passed and Plaintiff has not sought an additional stay in this case (*See* Doc. 23). Therefore, the Court **LIFTS** the **STAY** in this case. The parties should confer with Magistrate Judge Proud on issuing a revised scheduling order for this matter.

       **IT IS SO ORDERED.**

       Signed this 10th day of December, 2010.

*/s/ David R. Herndon*

David R. Herndon
2010.12.10
16:30:49 -06'00'

**Chief Judge**
**United States District Court**