IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEMARCO WREN,

    **Plaintiff,**

v.

CASINO QUEEN, INC.,

    **Defendant.**        Case No. 09-cv-265-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on stipulation for dismissal filed by the parties.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 12, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

    NANCY J. ROSENSTENGEL,
    CLERK OF COURT


    BY: /s/*Sandy Pannier*
        **Deputy Clerk**

Dated: August 12, 2011

David R. Herndon
2011.08.12
08:56:38 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT